IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WI-LAN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-786 (LPS) (CJB) |
| | ) |
| ON CORP US, INC. and | ) |
| ON CORPORATION INC., | ) |
| | ) |
| Defendants. | ) |

**<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>**

Pursuant to D. Del. Local Rule 83.7, counsel with the firms of Morris, Nichols, Arsht & Tunnell LLP and Faegre Baker Daniels LLP (together "Counsel") hereby move the Court for leave to withdraw as counsel for Defendants On Corp US, Inc. and On Corporation Inc. (together "On Corp"), and in support thereof state:

1. The basis for this motion is that On Corp has advised Counsel that On Corp US, Inc. and On Corporation Inc. have ceased business operations, they will no longer maintain their defense of this litigation, and they are discharging all of their counsel for this case.

2. Pursuant to Local Rule 83.7, Counsel has provided a copy of this motion to On Corp by certified mail, addressed to On Corp's last known address. Counsel has been advised by On Corp that it does not oppose this motion.

3. Counsel met and conferred with Plaintiff Wi-LAN, Inc. regarding this motion and has been advised that Plaintiff will oppose this motion.

WHEREFORE, Counsel respectfully request leave of the Court to withdraw as counsel for defendants On Corp US, Inc. and On Corporation Inc. A proposed form of order is attached.

1

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Michael J. Flynn* |
|  | Karen Jacobs (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@mnat.com<br>mflynn@mnat.com |
| OF COUNSEL:<br><br>R. Trevor Carter<br>Reid E. Dodge<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN 46204-1750<br>(317) 237-0300<br><br>August 4, 2017 | *Attorneys for Defendants Activeon, Inc. f/k/a On Corp US, Inc. and On Corporation Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WI-LAN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-786 (LPS) (CJB) |
| | ) |
| ON CORP US, INC. and | ) |
| ON CORPORATION INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The court, having considered the motion of Karen Jacobs and Michael Flynn and the law firm of Morris, Nichols, Arsht & Tunnell, LLP, and of R. Trevor Carter and Reid E. Dodge and the law firm of Faegre Baker Daniels LLP, for leave to withdraw as counsel for On Corp US, Inc. and On Corporation Inc., and having found that the motion should be granted,

IT IS ORDERED that the motion is granted and the entries of appearance of the following counsel are withdrawn in this matter:  for Morris, Nichols, Arsht & Tunnell, LLP, Karen Jacobs (#2881) and Michael Flynn (#5333); and for Faegre Baker Daniels LLP, R. Trevor Carter and Reid E. Dodge.

So ordered _____

_____
CHIEF, UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 4, 2017, upon the following in the manner indicated:

| | |
|---|---|
| On Corporation Inc.<br>Activeon, Inc. f/k/a On Corp. US, Inc.<br>5400 Carillon Point<br>Building 5000, 4th Fl., Suite 500<br>Kirkland, WA  98033 | *VIA CERTIFIED MAIL,*<br>*RETURN RECEIPT* |
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Monte M. Bond, Esquire<br>Jeffrey R. Bragalone, Esquire<br>Patrick J. Conroy, Esquire<br>Terry Saad, Esquire<br>Nicholas C. Kliewer, Esquire<br>James R. Perkins, Esquire<br>BRAGALONE CONROY P.C.<br>Chase Tower<br>2200 Ross Ave., Suite 4500W<br>Dallas, TX  75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

With a copy to BCPCserv@bcpc-law.com and
WiLAN-DTVCounsel@bcpc-law.com

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)